## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

JEFFREY P. SCHOVAN,

        Plaintiff,                    Case Number: 04-CV-74636

v.                                         JUDGE PAUL D. BORMAN
                                         MAG. JUDGE MONA K. MAJZOUB
COMMISSIONER OF SOCIAL SECURITY,    UNITED STATES DISTRICT COURT

        Defendant.
_____ /

### ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION IN FAVOR OF 1) GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT; AND 2) DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Before the Court is the Magistrate Judge's Report and Recommendation in favor of granting Defendant's Motion for Summary Judgment and denying Plaintiff's Motion for Summary Judgment. Having reviewed that Report and Recommendation, the Court enters as its findings and conclusions the Report and Recommendation GRANTING Defendant's Motion for Summary Judgment and DENYING Plaintiff's Motion for Summary Judgment.

**SO ORDERED.**

                                                     s/Paul D. Borman
                                                     PAUL D. BORMAN
                                                     UNITED STATES DISTRICT JUDGE

Dated: January 9, 2006

### CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on January 9, 2006.

                                                     s/Jonie Parker
                                                     Case Manager